UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

49845

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc. dba GM Financial

In Re:

JULIA H. ROBINSON

Order Filed on November 26, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No. 19-17237

Adv. No.

Hearing Date: 10-22-19

Judge: (JNP)

## ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 26, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Julia H. Robinson
Case No: 19-17237
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc. dba GM Financial, with the appearance of Thomas G. Egner, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial") is the holder of a first purchase money security interest encumbering a 2010 Chrysler Town & Country bearing vehicle identification number 2A4RR5D14AR158730.**
2. **That the Debtor's account has post-petition arrears in the amount of the 1,515.44 through October 2019.**
3. **That the Debtor is to cure the arrearage set forth in paragraph two (2) above by making his regular monthly payment of $523.58 plus an additional $252.57 each month (for a total monthly payment of $775.85) for the months of November 2019 through April 2020.**
4. **That commencing November 2019, if the Debtor fails to make any payment to GM Financial within thirty (30) days after a payment falls due, GM Financial shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**

**(Page 3)**
Debtor: Julia H. Robinson
Case No: 19-17237
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

5. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  AmeriCredit/GM Financial must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, GM Financial shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**
6. **That the Debtor is to pay a counsel fee of $531.00 to GM Financial through his Chapter 13 plan.**