UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Julia Robinson

Case No.: 19-17237/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __June 2, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
19 Pritchard Lane
Sicklerville, NJ

FMV - $140,000

Liens on property:     Specialized Loan-$147,808

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-17237-JNP
Julia H Robinson                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Apr 30, 2020
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db             +Julia H Robinson,   19 Pritchard Lane,   Sicklerville, NJ 08081-2013
aty            +RAS Cintron LLC,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
lm             +Specialized Loan Servicing,   8742 Lucent Blvd,   #300,   Highlands Ranch, CO 80129-2386
518173360      +Equifax Information Services,   PO Box 740241,   Atlanta, GA 30374-0241
518173362      +Experian,   PO Box 4500,   Allen, TX 75013-1311
518263288      +Kevin G. McDonald, Esquire,   KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518173364      +RAS Cintron, LLC,   Attn: Patrick O. Lacsina, Esq.,   130 Clinton Road,   Suite 202,
                 Fairfield, NJ 07004-2927
518173367     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   PO Box 245,   Trenton, NJ 08695)
518173366      +Specialized Loan Servicing/SLS,   Attn: Bankruptcy Dept,   8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
518308938      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518173369      +TransUnion,   PO Box 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 30 2020 23:21:15
                 Americredit Financial Services, Inc., d/b/a GM Fin,   4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
518195877       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 30 2020 23:21:15
                 AmeriCredit Financial Services, Inc.,   dba GM Financial,   P O Box 183853,
                 Arlington, TX 76096
518173359      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 30 2020 23:21:15
                 AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
518173361      +E-mail/Text: bknotice@ercbpo.com Apr 30 2020 23:21:47     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
518173363      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 30 2020 23:21:12     Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
518286817       E-mail/Text: ar@figadvisors.com Apr 30 2020 23:22:07
                 MTAG Custodian for FIG Capital Investments NJ13, L,   PO Box 54472,
                 New Orleans Louisiana 70154-4472
518173365      +E-mail/Text: Supportservices@receivablesperformance.com Apr 30 2020 23:22:14
                 Receivables Performance Mgmt,   Attn: Bankruptcy,   Po Box 1548,   Lynnwood, WA 98046-1548
518191630      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 23:25:55     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518173368      +E-mail/Text: chegyi@winslowtownship.com Apr 30 2020 23:21:44     Township of Winslow,
                 Attn: Tax Office,   125 South Route 73,   Hammonton, NJ 08037-9422
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518250371*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,   Dba GM Financial,
                 P.O Box 183853,   Arlington, TX 76096)
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin                  Page 2 of 2                  Date Rcvd: Apr 30, 2020
                                  Form ID: pdf905              Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Joseph  Marchand     jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Kevin Gordon McDonald    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of
           New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns
           Asset Backed Securities Trust 2006-3, Asset-Backed Certifica kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas G. Egner    on behalf of Debtor Julia H Robinson tegner@mcdowelllegal.com,
           tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
           gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```