| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Julia Robinson | Case No.: | 19-17237 |
| | Adversary No.: | N/A |
| | Chapter: | 13 |
| | Judge: | Jerrold N. Poslusny, Jr. |

*FILED ANNE A. NAUGHTON, CLERK DEC 20 2022 U.S. BANKRUPTCY COURT CAMDEN, N.J. BY _____ DEPUTY*

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: **MTAG Custodian for FIG Capital Investments NJ13, LLC**
(Example: John Smith, creditor)

Old address: PO Box 54472
New Orleans, Louisiana 70154-4472

New address: PO Box 669505
Dallas, TX 75266-9505

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 12/15/2022     /s/ Johnny Roberts
                     Signature

*rev.8/1/2021*

pital Investments
Box 669505
TX 75266-9505

RECEIVED
DEC 20 2022
WILLIAM T WALSH
CLERK

U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101
Phone (856) 361-2300

X-PAYED



neopost
12/15/2022
FIRST-CLASS MAIL
$001.29⁰
ZIP 32204
041L10246389



FIRST-CLASS MAIL